UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**WESLEASE 2018 OPERATING, LP,**

  Plaintiff,

v.                                  No. 4:20-cv-0776-P

**INNOVATIVE SAND SOLUTIONS, LLC ET AL.,**

  Defendants.

## JUDGMENT

This judgment is issued pursuant to the Court's Findings of Fact and Conclusions of Law issued this same date.

Accordingly, it is hereby ordered, adjudged, and decreed that Plaintiff Weslease 2018 Operating, LP ("Plaintiff") is entitled to and shall recover from Defendants Innovative Sand Solutions, LLC, Bull Moose Pipeline, LLC, Dale Behan, and Linda Behan jointly and severally: contract damages of $377,718.43 (principal and interest of $283,747.50 and penalty interest of $93,970.93), prejudgment interest of $192,419.08, attorney's fees and expenses of $153,882.79, and postjudgment interest on the entire amount of $724,020.30 at the applicable federal rate of 2.1% per annum from this date until paid in full.

It is further ordered, adjudged, and decreed that all allowable and reasonable costs are taxed against Defendants Innovative Sand Solutions, LLC, Bull Moose Pipeline, LLC, Dale Behan, and Linda Behan.

All other relief not expressly granted is **DENIED**.

**SO ORDERED** on this **10th day** of **May, 2022.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE