

**FILED**
**January 30, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

**Certified as a true copy and issued as the mandate on Jan 30, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

---

No. 22-10495
Summary Calendar

---

United States Court of Appeals
Fifth Circuit
**FILED**
December 13, 2022
Lyle W. Cayce
Clerk

WESLEASE 2018 OPERATING, L.P.,

*Plaintiff—Appellee,*

versus

INNOVATIVE SAND SOLUTIONS, L.L.C.; LINDA BEHAN; BULL MOOSE PIPELINE, L.L.C.; DALE BEHAN,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:20-CV-776

---

Before KING, HIGGINSON, and WILLETT, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.