UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**WESLEASE 2018 OPERATING, LP,**

    Plaintiff,

v.

**No. 4:20-cv-00776-P**

**INNOVATIVE SAND SOLUTIONS, LLC, ET AL.,**

    Defendants.

## ORDER

After considering Plaintiff Weslease 2018 Operating LP's ("Weslease") Application for Turnover Order ("Turnover"), all responses, evidence, and arguments of counsel, the Court is of the opinion that Weslease's Application for Turnover should be in all things **GRANTED**.

It is further **ORDERED** that Defendants Linda Behan and Dale Behan (collectively "Behans") shall turnover all stock/membership in River North Farms, LLC ("River North") to the United States Marshals, Fort Worth office. The Marshals are authorized and hereby commanded to take any and all necessary actions to ensure transfer all rights and ownership of the Behans concerning River North's stock to Weslease. As used anywhere in this Order, "stock" shall also mean membership interests of a limited liability company.

It is further **ORDERED** that this Order can serve as a muniment of title or other legally binding evidence of Weslease's ownership of 100% of the stock of River North as of the date signed below.

It is further **ORDERED** that the Behans are ordered to provide a complete list of all property interests and liabilities to third parties ("List") owned or controlled by them and River North within 14 days of this Order. The List shall be provided to counsel for Weslease.

It is further **ORDERED**, that the Behans produce any and all records concerning River North's property interests of any kind, assets, liabilities, and business operations to counsel for Weslease. This

includes all communications related to the property interests, assets, liabilities, and business operations of River North. The term "assets" herein means and includes accounts receivable, potential claims, litigation claims, and liabilities or obligations of third parties to River North, whether by order of a court, contract, or other.

It is further **ORDERED** that should Plaintiff Weslease fully satisfy its judgment debtors' obligations, Weslease shall remit any remaining assets obtained from the Debtors under this Order to the United States Marshal's office for appropriate handling upon subsequent Order of this Court.

This Order makes no determination of the rights of any third party, including security interests or other property rights.

**SO ORDERED** on this **20th day of March 2024.**

_____
Mark T. Pittman
UNITED STATED DISTRICT JUDGE