# Tarrant County Report

May 10, 2024

The report below and its attendant dings and download links may not be transmitted outside the subscribing office location, or accessed from a non-subscribing office. A separate subscription is required for each office that receives the report or its dings and download links, unless your firm has signed up for firm-wide distribution. If you need help finding the underlying complaint, please call or email Bonnie Barron at bbarron@courthousenews.com or (972) 804-3899. The summaries below describe allegations only and should not be taken as fact.

**Tarrant County District Court**

| | | |
|---|---|---|
| Luz M. Cockerline<br>v.<br>John V. Howard; John V. Howard PC<br>5/10/2024 141-352705-24 | Legal malpractice and fiduciary duty. Defendants represented plaintiff and her deceased husband, Kevin Cockerline, in their estate planning. They then represented Kevin Cockerline separately, as he made changes to his trust and will, preventing plaintiff from accessing marital property. $1.2 million. CNS Plus Download | Erik Martin |
| Rosa Perez<br>v.<br>Duyen Nguyen dba Nina Nails<br>5/9/2024 348-352663-24 | Personal injury. Plaintiff, who had diabetes, suffered from a wound on her foot and had to have a toe amputated after receiving a pedicure that involved a device that looked like a cheese grater. CNS Plus Download | Andrew Seibert |
| Elevate PFS Holdings LLC<br>v.<br>Nomi Health Inc.<br>5/10/2024 352-352707-24 | Contract. Defendant owes for unpaid invoices. $1 million. CNS Plus Download | Douglas Turek |
| Marisol Rivera; Justino Rivera<br>v.<br>North Texas - MCA LLC dba Medical City of Alliance; Tawidah Drexler RN; Monica E. Lopez MD; Women's Integrated Healthcare PA<br>5/9/2024 096-352665-24 | Medical malpractice. Plaintiff Marisol Rivera sustained a severe abdominal burn while recovering from a hysterectomy. | Darrell Keith |
| Shirley Mason, individually and as Representative of the Estate of Charles Davis<br>v.<br>Forest Ridge Post Acute LLC dba Bedford Wellness & Rehabilitation; Arrowhead Healthcare LLC<br>5/10/2024 352-352682-24 | Wrongful death and medical negligence. Charles Davis died after falling while in defendants' care and developing pressure ulcers. | Curtis Clinesmith<br>Smith Clinesmith |

| | | |
|---|---|---|
| Sara Rice; Nathan Rice<br>v.<br>Erin Wagner dba Elite Remodeling & Design<br>5/10/2024 342-352706-24 | Deceptive trace practices, negligence and warranty. Defendant botched work, resulting in water intrusion in plaintiffs' home. | Frank Hill<br>Hill Gilstrap |
| Daly Patrick Searfoss<br>v.<br>Kia America Inc.<br>5/10/2024 236-352673-24 | Deceptive trade practices and warranty. Defendant did not properly repair plaintiff's 2023 Kia Telluride. | G. Brad Riffe |
| A/C Supply Company<br>v.<br>ERTC Express LLC<br>5/10/2024 017-352697-24 | Contract. Defendant has not returned the fee plaintiff paid for consulting services that did not lead to the recovery of Employee Retention Tax Credits. $181,000. | Bradley Rice<br>Decker Jones |
| North Mill Equipment Finance LLC, as Grantor, Beneficiary and Servicer of North Mill Credit Trust fka EFS Credit Trust<br>v.<br>D.W. Logistics TX LLC; Darrell James Washington<br>5/10/2024 067-352691-24 | Contract, guaranty and foreclosure. Defendants did not make payments due for equipment. $22,000. | Megan McKenna<br>Padfield Stout |
| Centra Funding LLC<br>v.<br>David D. Bell dba Bell's Stump Removal and Welding Services<br>5/10/2024 352-352670-24 | Contract. Defendant did not make payments due under an equipment finance agreement. $17,000. | Rebecca Munoz<br>Wright |
| Eva Lopez<br>v.<br>Tutle & Tutle Trucking Inc.; Thomas Taylor<br>5/10/2024 342-352683-24 | Order to sever from suit 342-342747-23. | p: Spencer Browne<br>Reyes Browne<br>d: Christopher Espinosa<br>Lewis Brisbois |
| River North Farms Inc.<br>v.<br>Weslease 2018 Operating LP, a Canadian Limited Partnership<br>5/10/2024 048-352699-24 | Slander of title. | J. Shelby Sharpe |
| Lexington Wright<br>v.<br>U.S. Bank National Association; Harvey Lee Jennings<br>5/10/2024 236-352701-24 | Quiet title. | Pro se |

2

| | | |
|---|---|---|
| Taylor Jackson<br>v.<br>American Security Insurance Company<br>5/10/2024 352-352692-24 | Storm damage. | Chris Dobson<br>Palker |
| MSRS Lancaster LP<br>v.<br>Scottsdale Insurance Company; Marshall Smith<br>5/10/2024 067-352671-24 | Storm damage. | Clifford Nkeyasen |
| Michael Schoenstein; Trina R. Shoenstein<br>v.<br>State Farm Lloyds<br>5/9/2024 352-352664-24 | Storm damage. | Michael Hess Hodge |
| INSCO Environmental Inc.<br>v.<br>Pacific Environmental Group LLC; W. John Moala; E. Jared Moala<br>5/10/2024 141-352681-24 | Foreign judgment. | Cody White<br>Husch Blackwell |
| Noemi Ochoa<br>v.<br>Progressive Insurance Company<br>5/10/2024 067-352704-24 | Car collision. | Tadeo Gil<br>Steinger Greene |
| Carlos Duron<br>v.<br>Nancy Sandoval; State Farm Mutual Automobile Insurance Company<br>5/9/2024 017-352662-24 | Car collision. | Brenda Balli<br>Domingo Garcia |

**Tarrant County Law Court**

| | | |
|---|---|---|
| Clayton James; Rachael James<br>v.<br>Thornhill Motor Company LLC<br>5/2/2024 2024-003447-1 | Unfair collection practices, conversion and contract. After vehicle financing changes arose, defendant wrongfully threatened to call the police, as plaintiffs had the vehicle in their possession. CNS Plus Download | Sharon Campbell |

| | | |
|---|---|---|
| Allstate Vehicle and Property Insurance Company, as Subrogee of Simon Rodriquez v.<br>Whirlpool Corporation; Hanyu Group Joint-Stock Co. Ltd. aka Hanyu Group Co. Ltd. fka Jiangmen Hanyu Electrical Co. Ltd.<br>5/1/2024 2024-003383-2 | Product liability, negligence and warranty. A KitchenAid dishwasher malfunctioned and caused flooding at the Rodriquez home. | Paul Vigushin |
| Centra Funding LLC v.<br>ValleBlake Aesthetics PLLC; Ricardo Luis Valle Diaz<br>5/1/2024 2024-003385-1 | Contract and guaranty. Defendants did not make payments due under an equipment finance agreement. $48,000. | Brandon Gibbons<br>Padfield Stout |
| Pawnee Leasing Corporation v.<br>US Logistics Solutions Inc.<br>5/7/2024 2024-003507-2 | Contract and foreclosure. Defendant has not made payments due under an equipment finance agreement. $47,000. | Caleb Terrell<br>Padfield Stout |
| Pawnee Leasing Corporation v.<br>Cynthia Flannery-Villarreal dba LCBC Cooking aka Cynthia Villerreal dba LCBC Cooking<br>5/7/2024 2024-003495-3 | Contract and guaranty. Defendant did not make payments due under an equipment finance agreement. $45,000. | Brandon Milligan<br>Padfield Stout |
| Centra Funding LLC v.<br>CW Demontagnac LLC; Carlos Winston De Montagnac<br>5/6/2024 2024-003476-1 | Contract and guaranty. Defendants did not make payments due under an equipment finance agreement. $26,000. | Brandon Gibbons<br>Padfield Stout |
| Crystal Cabinet Works Inc. v.<br>Alliance Home Remodeling LLC; Kamelia Berringer<br>5/7/2024 2024-003522-1 | Contract and guaranty. Defendants owe for cabinetry goods and supplies. $17,000. | Brendon Palmer<br>Jameson Dunagan |
| Texas Farm Bureau Underwriters v.<br>AT&T Mobility<br>5/1/2024 2024-003389-1 | Deposition seeking records for petitioner's investigation of a claim concerning a propane gas explosion. | Christopher Doyle<br>Kassabian Doyle |

| | | |
|---|---|---|
| Progressive County Mutual Insurance Company<br>v.<br>T-Mobile<br>5/6/2024 2024-003465-1 | Deposition seeking records for petitioner's investigation of a car collision claim. | Christopher Doyle<br>Kassabian Doyle |
| Progressive County Mutual Insurance Company<br>v.<br>AT&T Mobility; T-Mobile<br>5/2/2024 2024-003412-2 | Deposition seeking records for petitioner's investigation of a car collision claim. | Christopher Doyle<br>Kassabian Doyle |
| David Muhammad<br>v.<br>Saltgrass Inc.; Landry's Inc. dba Landry's Restaurants Inc.; Kimberley Restaurants Ltd.<br>5/1/2024 2024-003394-2 | Slip and fall on an electrical outlet. | Shawn Sajjadi<br>Thompson |
| Automotive Finance Corporation<br>v.<br>Access Motors LLC; Jose Nava<br>5/6/2024 2024-003479-3 | Promissory note. $45,000. | Roman Cano<br>Padfield Stout |
| Specialty Distribution Group LLC aka Distribution International Inc.<br>v.<br>Huxten Energy Resources LLC; Stephen Lopez<br>5/7/2024 2024-003508-3 | Sworn account. $60,000. | Robert Eden<br>Matthews Shiels |
| Mortgage Quality Management and Research LLC<br>v.<br>Luxury Mortgage Corp.<br>5/7/2024 2024-003520-2 | Sworn account. $32,000. | Lawrence Falli<br>Barnett Garcia |
| Baker Distributing Company LLC<br>v.<br>Trinity Commercial Equipment Repair LLC dba Trinity Commercial Equipment; Souksavath Keomisy<br>5/6/2024 2024-003473-2 | Sworn account. $11,000. | Lawrence Falli<br>Barnett Garcia |

| | | |
|---|---|---|
| Leyton USA<br>v.<br>Your Digital Insurance Assistant System Inc.<br>5/6/2024 2024-003482-3 | Sworn account. $10,000. | Ian McCarthy<br>Barnett Garcia |
| Expansion Capital Group<br>v.<br>Gassmann Personnel Solutions Inc.; Diane Gassmann<br>5/2/2024 2024-003418-1 | Debt. $74,000. | David Roth<br>Blenden Roth |
| Master Pumps & Equipment Corp.<br>v.<br>Straitline Pumps LLC; Bob Koricanek<br>5/2/2024 2024-003415-1 | Debt. $20,000. | David Roth<br>Blenden Roth |
| Rogelio Lopez<br>v.<br>US Lloyds Insurance Company<br>5/6/2024 2024-003472-1 | Storm damage. | Omar Ochoa |
| KS Supplies Inc.<br>v.<br>Ferrell-Ross Roll Manufacturing Inc.<br>5/10/2024 2024-003630-2 | Contract. | Brendon Palmer |
| Dal Tile Distribution LLC<br>v.<br>Justin Anderson dba Anderson Tile and Granite<br>5/10/2024 2024-003629-1 | Contract. | Brendon Palmer |
| Charity Tittle<br>v.<br>Texas Y&M Auto Sales LLC<br>5/10/2024 2024-003626-1 | Contract. | Jeffry Foust |
| Amur Equipment Finance Inc.<br>v.<br>Plus 381 Trucking LLC; Aleksander Andrejic<br>5/10/2024 2024-003618-1 | Contract. | James King |

| | | |
|---|---|---|
| Pennington Commercial Construction LLC<br>v.<br>Wingstop Restaurants Inc.<br>5/10/2024 2024-003605-2 | Contract. | C.D. Peebles |
| Sundown Security LLC<br>v.<br>ADMJM AT1 LLC<br>5/9/2024 2024-003599-3 | Contract. | Lawrence Falli |
| Snap-on Credit LLC<br>v.<br>Ancira Eagle Pass Automotive Inc.<br>5/10/2024 2024-003625-3 | Civil. | Matthew Fronda |
| Maxim Fire Systems LLC<br>v.<br>Riverside Senior Investments LP<br>5/9/2024 2024-003627-2 | Civil. | Melanie Bell |
| TD Bank NA, Successor by Merger to TD Auto Finance LLC<br>v.<br>Lissette Aldama; Carlos Aldama dba Pareja's Auto Collision & Repair<br>5/9/2024 2024-003621-2 | Civil. | Caleb Terrell |
| Automotive Finance Corporation<br>v.<br>Jose Salvador Salinas dba DTX Motors<br>5/9/2024 2024-003604-1 | Civil. | Roman Cano |

### Collin County District Court

| | | |
|---|---|---|
| Fernando Camarillo<br>v.<br>IBC Construction LLC<br>5/6/2024 471-02839-2024 | Contract. Defendant did not furnish the construction labor, materials and equipment for which plaintiff paid $417,000. CNS Plus Download | Matthew Clarke |

| | | |
|---|---|---|
| Denali Services & Transport LLC<br>v.<br>Environmental Reconstruction Services Inc.<br>5/6/2024 471-02829-2024 | Contract. Defendant did not pay plaintiff for construction labor and materials. $28,000. CNS Plus Download | Randal Dean Brown Pruitt |
| Eduardo Montano; Benjamin Schell<br>v.<br>Big Wings Holdings II LLC; Big Wings Holdings LLC; Hooters of America LLC<br>5/6/2024 471-02855-2024 | Transfer from Dallas County District Court. Negligence. | p: Amber Russell<br>d: Donna Peavler |

**Collin County Law Court**

| | | |
|---|---|---|
| American Express National Bank<br>v.<br>Danberg Corporation Inc.; Daniel Newberg<br>5/10/2024 005-01830-2024 | Contract. Defendants owe a corporate credit card debt. | Oluwatoyosi Thomas |

**Denton County District Court**

| | | |
|---|---|---|
| The Tribute Owners Association Inc.<br>v.<br>Trustee of Sai Gayathri Revocable Living Trust<br>5/10/2024 24-4205-467 | Assessment lien foreclosure. | Jason Reed |
| Chanh Nguyen<br>v.<br>American Mercury Lloyds Insurance Company<br>5/9/2024 24-4176-481 | Storm damage. | Michael Hess Hodge |

**Denton County Law Court**

| | | |
|---|---|---|
| Euler Hermes North America Insurance Company, as Assignee of Rhino Tire USA LLC<br>v.<br>Race Trailer Parts LLC; Teddy Moody<br>5/8/2024 CV-2024-01619 | Contract and guaranty. Defendants owe for supplies. $135,000. | Christopher Jameson Jr.<br>Jameson Dunagan |
| Centennial Casualty Company<br>v.<br>Granger Autos LLC<br>5/6/2024 CV-2024-01580 | Contract. Defendant owes for motor vehicles. $52,000. | Douglas Lattanzio<br>Jameson Dunagan |
| Lexon Insurance Company<br>v.<br>Hydrogeo LLC; Muhammad Arshad<br>5/8/2024 CV-2024-01618 | Contract. Defendants owe for surety bond services. $50,000. | Justin Joseph<br>Jameson Dunagan |
| South Texas Steel Services Company<br>v.<br>Cald & A Consulting Company LLC; Hector Calderon; Rita Alejo Arias<br>5/7/2024 CV-2024-01592 | Contract and guaranty. Defendants owe for steel products and services. $35,000. | Matthew Jameson<br>Jameson Dunagan |
| QL Titling Trust Ltd.<br>v.<br>Plus 381 Trucking LLC; Aleksandar Andrejic<br>5/2/2024 CV-2024-01545 | Contract and guaranty. Defendants did not make payments due under an equipment finance agreement. $30,000. | Justin Joseph<br>Jameson Dunagan |
| PLS Check Cashers of Texas Inc. fka PLS Check Cashers of Texas LP<br>v.<br>Eland Logistics Limited Liability Company<br>5/9/2024 CV-2024-01625 | Contract. Defendant owes for dishonored checks. $24,000. | Brendon Palmer<br>Jameson Dunagan |
| Gajeske Incorporated<br>v.<br>Lobo's Services Inc.; Saul Mireles aka Saul Mireles-Castro aka Saul Castro<br>5/8/2024 CV-2024-01610 | Contract and guaranty. Defendants owe for supplies. $19,000. | Christopher Jameson Jr.<br>Jameson Dunagan |

| | | |
|---|---|---|
| Cargo-Partner Network Inc. v. Mira Safety LLC 5/7/2024 CV-2024-01589 | Contract. Defendant owes for transportation and integrated logistics services. $9,000. | Justin Joseph Jameson Dunagan |
| Ashley Furniture Industries LLC v. Hebert's Furniture Inc. 5/3/2024 CV-2024-01559 | Contract. Defendant owes for furniture and home decor. $6,000. | Justin Joseph Jameson Dunagan |
| Gerald's Auto Sales Inc. v. Home State County Mutual Insurance Company 5/3/2024 CV-2024-01562 | Contract. Plaintiff did not receive proceeds from a check, though it was a payee. $1,000. | Douglas Lattanzio Jameson Dunagan |
| Mendez Auto Sales v. Loya Insurance Company 5/3/2024 CV-2024-01560 | Contract. Defendant did not respond to plaintiff's dispute regarding the actual cash value of a vehicle. | Douglas Lattanzio Jameson Dunagan |
| Jeanette Soto; Matthew Soto v. Tho V. Nguyen; Loan Pham; Coldwell Banker Apex; Richard Schweik dba Compass Property Inspections 5/10/2024 CV-2024-01643 | Contract. | Kim Thorne |
| Cars and Credit Master v. P's Auto LLC; Tascharniquewa Smith 5/10/2024 CV-2024-01638 | Contract. | Douglas Lattanzio |
| Progressive County Mutual Insurance Company v. Felipe Jaramillo; SilverCleanup LLC 5/10/2024 CV-2024-01636 | Contract. | Jessica Lobes |
| Geneva Rodriguez Ayala v. Embassy Suites; O Reilly Hotel Partners - Denton LLC; O Reilly Hospitality Management LLC 5/10/2024 CV-2024-01645 | Civil. | Jervan Van Wiltz |

**Ellis County District Court**

| | | |
|---|---|---|
| Brandon Richardson<br>v.<br>Robert Griffin; True Grit Transportation Inc.<br>5/9/2024 114179 | Truck collision. CNS Plus Download | Julie Wolf |
| Breyanna Solis, as Next Friend of G.S., a Minor<br>v.<br>Anthony Guido; Maria Fierbach; United Rentals (North America) Inc.<br>5/8/2024 114167 | Car collision. CNS Plus Download | Chad Eaton<br>Rolle Eaton |

**Kaufman County District Court**

| | | |
|---|---|---|
| USAA Casualty Insurance Company<br>v.<br>Veryl Gene Davis; Riverwood Management Inc. aka Riverwood Trucking<br>5/10/2024 117205-422 | Car collision. $39,000. CNS Plus Download | Gigi Mattar<br>Rathbone |
| Dana Patton<br>v.<br>Allstate Vehicle and Property Insurance Company<br>5/9/2024 117195-86 | Storm damage. CNS Plus Download | Matthew Russo<br>Hodge |
| Michelle Renee Owens<br>v.<br>NAF Convenience Operations Inc.; GPM Empire LLC<br>5/9/2024 117193-86 | Civil. | Sadat Montgomery |

**Grayson County District Court**

| | | |
|---|---|---|
| Prengler Products Corp.<br>v.<br>Blair Weaver Construction Ltd. dba Weaver Construction; Sycamore Group LLC<br>5/9/2024 CV-24-1225 | Contract. | David Miller |

| | | |
|---|---|---|
| Bradly Scott Shaw<br>v.<br>Texoma Medical Center; Sean Dardeau; Gayla Williams; Jamie Taraba; Kathryn Piper RN<br>5/9/2024 CV-24-1227 | Civil. | Pro se |

**Johnson County District Court**

| | | |
|---|---|---|
| CNH Industrial Capital America LLC<br>v.<br>KJK Construction Inc.; Klint Jared Kirkpatrick<br>5/9/2024 DC-C202400339 | Contract. | Daniel Callahan |