UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**WESLEASE 2018 OPERATING, LP,**

   Plaintiff,

v.                                    No. 4:20-cv-00776-P

**INNOVATIVE SAND SOLUTIONS, LLC, ET AL.,**

   Defendants.

## ORDER

On October 3, 2025, the Court entered its Opinion & Order regarding attorney J. Shelby Sharpe's most recent acts in the Northern District. ECF No. 576. As the Court did in its August 18, 2025 Opinion & Order, the Court finds it again pertinent to ensure the most recent Opinion & Order is filed in the appropriate jurisdictions. Accordingly, the Court **DIRECTS** the Clerk of Court to file the Order (ECF No. 576) with the following courts and bars to consider whether reciprocal discipline is appropriate against Sharpe:

- Seana Willing, Chief Disciplinary Counsel of the Texas State Bar;
- the Clerk of Court for the Eastern and Southern Districts of Texas;
- the Clerk of Court for the Western and Eastern Districts of Arkansas;
- the Chief Judge of the Court of Appeals for the Fifth, Sixth, Tenth, and Federal Circuits;
- the Chief Justice of the United States Supreme Court.

**SO ORDERED** on this **10th day of November 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE