UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**WESLEASE 2018 OPERATING, LP,**

  Plaintiff,

v.   No. 4:20-cv-00776-P

**INNOVATIVE SAND SOLUTIONS, LLC, ET AL.,**

  Defendants.

### ORDER

After considering Plaintiff/Judgment Creditor Weslease 2018 Operating LP's ("Weslease") *Motion for Release of Funds from the Court's Registry* (the "Motion") (ECF No. 636), this Court hereby **GRANTS** the Motion and **DIRECTS** the Clerk of the Court to issue the funds payable to "McCathern IOLTA," and deliver to Justin N. Bryan, 3710 Rawlins St., Ste 1600, Dallas, Texas 75219.

**SO ORDERED** on this **14th day of November 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE