UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**WESLEASE 2018 OPERATING, LP,**

    Plaintiff,

v.                             **No. 4:20-cv-00776-P**

**INNOVATIVE SAND SOLUTIONS, LLC, ET AL.,**

    Defendants.

## ORDER

Before the Court is Dale E. Behan and Linda Behan's ("Behans") Motion to Stay. ECF No. 717. Having reviewed the filing and the relevant law, the Court hereby **DENIES** the Motion. As the Court has noted repeatedly during prior hearings, the Behans lack standing to assert arguments pertaining to the Receivership action.

**SO ORDERED** on this **24th day of July 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE